E-FILED
Friday, 29 December, 2017 11:26:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| RALPH KAHL, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 15-CV-3286 |
| DR. ELI GOODMAN, | ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court for a Report and Recommendation on the parties' agreed Joint Motion to Substitute Parties (d/e 59) (Motion).

On October 26, 2017, a settlement conference pursuant to Local Rule 16.1(B) was ordered by U.S. District Judge Sue Myerscough. Prior to the October 26, 2017 Text Order ordering a settlement conference, all Defendants except Defendant Dr. Eli Goodman were dismissed by various Court orders. See May 24, 2016 (Amended Merit Review Order, d/e 10), October 3, 2016 (Text Order), and December 19, 2016 (Text Order).

On November 14, 2017, a settlement conference was held before the undersigned. Plaintiff Ralph Kahl appeared via video from Jacksonville

Correctional Center.  Attorney Joseph N. Rupcich appeared in person as counsel for remaining Defendant Dr. Eli Goodman.  The settlement conference was successful and the parties reached an agreement that would settle all pending matters in this case.  Counsel for Defendant was directed to prepare a settlement agreement and stipulation to dismiss based upon settlement and take steps to finalize the agreement.  A telephonic status conference was set on December 29, 2017 should settlement not yet be completed and the case closed.

The parties filed the instant Motion (d/e 59) on December 8, 2017 requesting that Wexford Health Sources, Inc. be substituted as Defendant in place of Dr. Eli Goodman.  By Text Order dated December 13, 2017, U.S. District Judge Sue Myerscough determined it would be premature to dismiss Defendant Goodman and reserved ruling pending a final settlement of the claim.

Plaintiff and Attorney Rupcich appeared before the undersigned on December 29, 2017 via telephone conference.  Both the Plaintiff and Attorney Rupcich acknowledged during the telephone conference that the final settlement agreement and stipulation to dismiss based on settlement have been fully executed, the case is settled, and the agreed Joint Motion

to Substitute Parties is a part of the final settlement. The Court recommends the Motion be allowed.

THEREFORE, IT IS RECOMMENDED THAT:

1) The Joint Motion to Substitute Parties (d/e 59) be allowed;

2) Wexford Health Sources, Inc. be substituted as Defendant in place of Dr. Eli Goodman; and

3) Any claims against Dr. Eli Goodman be dismissed with prejudice.

Any objections to this Report and Recommendation must be filed in writing with the Clerk of the Court within 14 days after service of a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to timely object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). See also Local Rule 72.2.

ENTERED: December 29, 2017

                                          _____s/ Tom Schanzle-Haskins_____
                                          TOM SCHANZLE-HASKINS
                                     UNITED STATES MAGISTRATE JUDGE