E-FILED
Tuesday, 02 January, 2018 01:26:39 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **RALPH KAHL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 15-cv-03286** |
| **DR. ELI GOODMAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 61). Judge Schanzle-Haskins recommends that (1) the Joint Motion to Substitute Parties be allowed; (2) Wexford Health Sources, Inc., be substituted as Defendant in place of Dr. Eli Goodman; and, (3) any claims against Dr. Eli Goodman be dismissed with prejudice. The Report and Recommendation notes that objections are due 14 days after service of the Report and Recommendation, but the parties already agree to the recommendations in that Report.

**IT IS THEREFORE ORDERED THAT:**

**(1) The Report and Recommendation (d/e 61) is ADOPTED in its entirety.**

**(2) The Joint Motion to Substitute Parties is allowed (d/e 59).**

**(3) All claims against Dr. Eli Goodman are dismissed with prejudice.**

**(4) Wexford Health Sources, Inc., is substituted as Defendant in place of Dr. Eli Goodman. The clerk is directed to note the substitution on the docket, terminating Dr. Goodman.**

ENTER: January 2, 2018.

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE